

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-15-00290-CR

Jose Miguel Garcia **VILLARREAL**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 12, Bexar County, Texas
Trial Court No. 364138
Honorable Scott Roberts, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED August 17, 2016.

_____
Rebeca C. Martinez, Justice